2016-1683 (La. 9/12/16)

**Ronald Raymond ST. PIERRE**

v.

**CONTINENTAL INSURANCE COMPANY, et al.**

**NO. 2016-CC-1683**

Supreme Court of Louisiana.

September 12, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. M, No. 2013-631; to the Court of Appeal, Fourth Circuit, No. 2016-C-0866

Stay denied. Writ denied.

■

2016-1682 (La. 9/13/16)

**Patrick H. DEJEAN, in His Capacity as Justice of the Peace, Second Justice of the Peace Court, Parish of Jefferson**

v.

**Daryl PURPERA, in His Capacity as Legislative Auditor**

**NO. 2016-C-1682**

Supreme Court of Louisiana.

September 13, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. B, No. 637,781; to the Court of Appeal, First Circuit, No. 2015 CA 1214

Stay denied. Writ denied.

GUIDRY, J., recused.

■

2016-1412 (La. 9/16/16)

**STATE of Louisiana**

v.

**Corei K. GUIDRY**

**NO. 2016-KK-1412**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. G, No. 528-551; to the Court of Appeal, Fourth Circuit, No. 2016-K-0763;

IN RE: State of Louisiana;—Plaintiff;

Granted. See Order Attached.